

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2021

No. 04-21-00171-CV

Leticia **RODRIGUEZ**
Appellant/Cross-Appellee

v.

Lydia **RODRIGUEZ** and Robert Pereida,
Appellees/Cross-Appellants

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19456
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

The reporter's record was due on June 7, 2021, but has not been filed. On June 9, court reporter Judith Stewart filed a notification of late record stating that the reporter's record had not been paid for. In response, we ordered appellant to provide proof of payment. On June 17, 2021, appellant provided proof of payment to court reporter Judith Stewart. On June 30, 2021, court reporter Judith Stewart filed a notification of late record, requesting a thirty-day extension to file the reporter's record. After consideration, we GRANT court reporter Judith Stewart's requested extension and order her to file the reporter's record in this court **on or before July 28, 2021.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court